AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

CECELIA GIBBS,

V.

P & C GROCERS, INC., AND CHARLES PARKER, INDIVIDUALLY AND AS AN AGENT FOR P & C GROCERS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv912-T

TO: (Name and address of Defendant)

P & C GROCERS, INC.
134 EAST REYNOLDS STREET
OZARK, ALABAMA   36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHARLES W. BLAKENEY
POST OFFICE BOX 100
GENEVA, ALABAMA   36340

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    9/27/05

CLERK    DATE

*/s/ Carth*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

CECELIA GIBBS,

V.

P & C GROCERS, INC., AND CHARLES PARKER, INDIVIDUALLY AND AS AN AGENT FOR P & C GROCERS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv912-T

TO: (Name and address of Defendant)

CHARLES PARKER
134 EAST REYNOLDS STREET
OZARK, ALABAMA 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHARLES PARKER
POST OFFICE BOX 100
GENEVA, ALABAMA 36340

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_/s/ V. Carter_

(By) DEPUTY CLERK

DATE  9/27/05