AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CECELIA GIBBS,

V.

P & C GROCERS, INC., AND CHARLES PARKER, INDIVIDUALLY AND AS AN AGENT FOR P & C GROCERS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv912-T

TO: (Name and address of Defendant)

CHARLES PARKER
134 EAST REYNOLDS STREET
OZARK, ALABAMA 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHARLES PARKER
POST OFFICE BOX 100
GENEVA, ALABAMA 36340

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              9/27/05
CLERK                                            DATE

_V Carter_
(By) DEPUTY CLERK



Debra P. Hackett
Clerk of Court
U.S. District Court
Post Office Box 711
Montgomery, Alabama 361

CERTIFIED MAIL

7000 0520 0014 4381 0605

REASON CHECKED
Unclaimed _____ Refused _____
Attempted, Not Known _____
Insufficient Address _____
No such street _____ Number _____
No such office in state _____
Do not remail in t's envelope _____

Charles Parker
134 East Reynolds Street
Ozark, Alabama 36360