AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CECELIA GIBBS,

V.

P & C GROCERS, INC., AND CHARLES PARKER, INDIVIDUALLY AND AS AN AGENT FOR P & C GROCERS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv912-T

TO: (Name and address of Defendant)

P & C GROCERS, INC.
134 EAST REYNOLDS STREET
OZARK, ALABAMA  36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHARLES W. BLAKENEY
POST OFFICE BOX 100
GENEVA, ALABAMA  36340

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_          9/27/05

CLERK                       DATE

_[signature]_

(By) DEPUTY CLERK

