AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-28-2005 |
| NAME OF SERVER (PRINT) Ernest (Boots) Love | TITLE Private Process Server LB19 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Matt Parker — son.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/2005       [signature]    LB-19
             Date              Signature of Server

LOVE BONDING AGENCY
P. O. Box 311011
Enterprise, AL 36331
(334) 347-6651
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# RECEIVED UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

2005 DEC 29 A 9: ~~

Cecelia Gibbs

v.

P & C Grocers, Inc., and Charles Parker, individually and as agent for P & C Grocers, Inc.

2006 JAN 11 A 9: 56

**"ALIAS"**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-00912-T

TO: (Name and address of Defendant)

P & C Grocers, Inc.
134 East Reynolds Street
Ozark, Alabama 36360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles W. Blakeney
Post Office Box 100
Geneva, Alabama 36340

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                             12-5-05

CLERK                                                          DATE

(By) DEPUTY CLERK