IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-912-MHT |
| ) | |
| **P & C GROCERS, INC., AND** ) | |
| **CHARLES PARKER, INDIVIDUALLY** ) | |
| **AND AS AN AGENT FOR** ) | |
| **P & C GROCERS, INC.,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants P & C Grocers, Inc. (hereinafter "P&C") and Charles Parker (hereinafter "Parker") pursuant to Rule 56, FEDERAL RULES OF CIVIL PROCEDURE, and move the Court to enter Judgment as a matter of law in their favor and, in support of said Motion, the Defendants submit the following:

1. All pleadings and discovery exchanged in this matter;
2. The deposition of Plaintiff Cecila Gibbs; attached hereto as "Exhibit A;"
3. The deposition of Defendant Charles Parker, attached hereto as "Exhibit B;"
4. Affidavits of Cindy Garrett & Dora Harmon, attached hereto as "Exhibit C;"
5. Affidavits and Response submitted by Charles Parker to the EEOC in response to allegations, attached hereto as "Exhibit D;"
6. Equal Employment Opportunity Commission, Right to Sue, letter, attached hereto as "Exhibit E;"
7. Defendants' Brief in Support of its Motion for Summary Judgment.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants respectfully move this Honorable Court to issue an Order granting Summary Judgment in their favor regarding all of the claims of the Plaintiff.

RESPECTFULLY SUBMITTED, this the 13th day of April, 2006.

/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants Charles Parker and
P&C Grocers, Inc.

OF COUNSEL:

BEERS, ANDERSON, JACKSON,
    PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2006, I electronically filed DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s/ Micheal S. Jackson
**OF COUNSEL**