To Whom it May Concern,

My name is Cindy J Garrett and I have been employed by SkilStaf, the Carrols and their lease holders since approximately August 2001. During this time the convenience store located on highway 52 in Eunola, Alabama was under the onsight management of Ms. Cecelia (CC) Gibbs (Anthony) and this statement is being made to document the affects of that management.

Ms. Gibbs is a very friendly individual with a forceful personality and we became friends as a result of my employment. She would call me daily at work while drinking and keep me on the phone for extended periods of time. She would talk about her personal life, problems she was going through, employees with money shortages and how she couldn't understand what was wrong because she and I could run a drawer together without shortages and on several occasions just be a breathing sound on the other end of the line. If I had a credit card she would terminate the call just long enough for me to process the transaction and call right back. This pattern would continue with every excuse I made to get off the phone until she went to sleep for the evening, and during the last call she would ask me to make sure that she was up at 3:30 a.m. in time to open the store. CC fired those employees with repeated shortages and I kept training her new hires. The rate of employee hiring and terminations for the store can be confirmed through SkilStaf if necessary.

CC has a history of panic attacks and while she was living with Mr. Jerry Seay in Eunola she called me at home during two separate attacks to come get her medication from the bathroom for her because she couldn't breath. When I arrived I'd locate the bottle and open it for her. Each time I asked her what the medication was because I was concerned about mixing alcohol with medication and the label was faded and unreadable. She responded that it was something to slow her heart beat and her breathing. I stayed with her until she calmed down and appeared to be okay. After each episode she would get another beer, Lord Calvert or Gin and water. She and Jerry were breaking up so we helped move her to a trailer in Westville, Florida. The daily calls at work continued in spite of long distance rates. One thing led to another and it wasn't working out with her new roommate so we moved her again, this time to a trailer on county road 21.

In the fall of 2003 at approximately 10 p.m. while I was starting shift closing procedures Emily, CC's 7 year old grand daughter called me at the store in a panic and crying that her MaMa was dying on the kitchen floor and told her to call me for help. I asked her if she had called an ambulance and she said that her MaMa wouldn't let her and please come help her MaMa. So I threw all my shift monies into a lock bag and into the safe, locked the store and drove to CC's on county road 21. When I arrived the children were on CC's front proch crying, so I calmed them down before I went into the house. Just as I completed opening the front door CC jumps up off the kitchen floor and staggers around mixing another Lord Calvert and water while inhaling loudly. I curved my anger and asked her what was going on. She started talking about problems she was having with her boyfriend Mr. Dennis (Denny) Anthony, so I stayed with her until she calmed down and I got her grand children into bed. I told her that she didn't need to be behaving like this in front of her visiting grand children, that she needed to get off the hard stuff and that I had to go back to the store to complete my shift report and prepare the money drawer for the store opening the next day.

No more than a week later CC called me at work sometime in the evening before sunset and with slurred words she told me that she had taken everything in the house and that it was time for her to rest now. I asked her what I was supposed to do about that because I couldn't close the store and come out there and she told me not to worry about her and hung up the phone. CC would not answer my repeated phone calls back to her so I called her first ex-boyfriend Mr. Gene McCollough who was still friends with CC and who lived about a half mile from her, told him about her call and asked him to please go check on her. He responded that he wasn't going around her if she was acting like that. I thought "Okay, now what do I do? I can't just let her die if it's true!", so I called Rhonda Sheppard and told her what had happened and asked her to go check on CC. Rhonda went to her house and CC wouldn't respond to her banging on the sides of her trailer and her car was in the drive way so Rhonda called me back on her cell phone to tell me. Having no other choice I called the Sherriff's Office and they dispatched Officer J. Herring. CC would not respond to his attempts to get her to the door either so he called me and stated that he was not going to force his way in without the company of another female. I told him the same thing, "I can't close this store and come out there" but that I would call Rhonda to see if she would go back out there. I did and she did. When they finally got CC to the door, Rhonda called me to let me know that CC was okay but drunk and denied telling me that she took everything there, and that she had gone back to bed.

EXHIBIT C

Problems between CC and Denny continued and they broke up just before hunting season 2003. CC continued to call me at work drunk and at home when I was off hounding me about my intention to allow Denny to hunt my property and that if I was a friend of hers I wouldn't have anything to do with him. YaDa, YaDa, YaDa. It made no difference to her that I knew Denny before she and he began their relationship and had given him permission then to hunt my land then or that she was calling me at our place of employment harrassing me about it. She then proceeded to tell me who I could talk to and what I could say. Needless to say, "No job or paycheck is worth all the drunken phone calls I had to endure in order to receive my earned paycheck." With CC's apparent special position with Mr. Sam Carrol and no one I could talk to resolve her phone calls, I quit my Assistant Manager's position at their Eunola convenience store the end of October 2003". I only received one phone call from CC after I quit and that call was to tell me that she and Denny had gotten married sometime in January 2004. I gave her my congratulations and best wishes.

I was rehired by CC the end of Febuary or the begining of March 2004. Mrs. Dorrella (Mrs. D) Harmon was the assistant manager at that time and they were having problems keeping employees due to money shortages. Mrs. D told me that even she was having to pay back drawer shortages that occurred when she and CC ran a drawer together, but that her drawer monies were fine on the weekends when only she handled the cash. CC again started calling me when she was drinking at home and at work stating that she didn't know what was happening but people better keep their money straight if they wanted their job because she and I could run a drawer together, so she better be able to run a drawer with every employee and not have shortages. I realized then that I was CC's patsy. CC's drinking and phone calls became worse with the developement of her martial problems. Ms. Jody Priddy was having problems with money shortages after CC verfied her shift monies that were not there at the time of her closing count and she quit after CC called her repeatedly at work accusing her of messing around with Denny. Mrs. D continued to tell me about every shortage that occurred when she was running a drawer with CC, of CC helping herself to cigarettes for herslf and Denny without paying for them or writing them down so she could pay for them later and I advised her contact Mr. Parker the store lease holder. Mr. Trotman Carrol called me at work and asked me if we had a problem at that store and I responded "Yes, the same problem that was going on before I quit last fall." I contacted Mr. Parker myself after CC called Mrs. Victoria Johnson on her second day of training and demanded that I take $20.00 from Victoria's drawer and bring her a bottle of Lord Calvert that she would pay me for when I got there. She did pay me in coins and a few days later when CC and I ran a combined first and second shift drawer that came up $20.00 short that CC said she "fixed" and we were not short when she did the daily paperwork. This happened before we received our paycheck and I have no idea how CC fixed that $20.00 shortage. In addition CC hired a Mr. Donny Vaughn for part time employement on the understanding that he would not work on Wednesday or Sundays because it would interfere with his faith, but she repeatedly scheduled him to work second shift on those days and Donny continued not to show up as scheduled so my overtime between her martial problems and Donny's faith were extreme.

Mr. Trotman Carrol or Mr. Charles Parker have never touched me in an inappropriate manner or spoken to me using vulgar language or about my religion and this statement is made of my own accord.

*Cindy J. Garrett* 01-06-05
Cindy J. Garrett dated

This statement was signed before me on (date) 1/06/2005 _____ personally appeared Cindy J. Garrett ALDL# 3976222. My comission expires   My commission expires April 7, 2008

ALDL# 3976222

*Jacqueline C. Wilson* 1/06/2005
Notary Public
State of Alabama
Geneva County

To Whom This May Concern:

My name is Dora Harmon. I was employed with Liberty Convenience store from December 5, 2003 until the later part of April 2004. I was working under the management of Cecelia Gibbs. I had been working for about 2 months when I started noticing things being done that I thought was not right. Such as products being taken off the shelf and not being paid for, by Miss Gibbs. As time went on, it was continuing to happen. These products would consist of such things as candies, chips, cooler products and cigarettes.

    On January 19, 2004, Miss Gibbs hired a lady by the name of Jody Priddy. During her employment she and I would discuss some of the things going on in the store. I remember on one occasion when myself and Miss Gibbs were working on that morning. When Miss Gibbs made mention that we were $200.00 short. The night before Jody had closed. Miss Gibbs told me to call Jody and tell her to get herself down here now. I called about 5:30a.m. She said she would be there as soon as she could. When Jody arrived, she went to a bag containing the money. She told Miss Gibbs and myself on the phone which bag to look in. I overlooked it, and so did Miss Gibbs. She told Miss Gibbs, "I told you what bag to look in". In response Miss Gibbs in a loud voice said "Don't raise your God damn voice with me". We happened to have a regular customer in the store at that time getting a cup of coffee. He stopped and looked in surprise. In January 2004 Miss Gibbs married a man by the name of Dennis Anthony. During this time is when I got to noticing things being done as before. Things that were not right. On his lunch hour from work he would come to the store to have lunch with his wife. On some occasions she would take money from the cash register to give me to go and get her and her husbands lunch. I had mentioned this to Jody, and asked her had she noticed anything like that out of Miss Gibbs Anthony. She told me that she had. We were discussing things that was happening like that. That's when Jody told me that Miss Gibbs called the store one evening around 6:30 or 7:00 P.M. and told Jody that Denny, her husband, was on his way to the store per orders of Miss Gibbs. When he got there to take $20.00 out of the register to give to her husband so that he could go to the "Beer Store" as she referred to it. Jody then asked how am I going to show the $20.00 shortage on the shift report. Miss Gibbs told Jody to show the money being there. Myself and Jody were always having shortages that we would question as to why. Miss Gibbs would always call the store while very much intoxicated. You couldn't do your job for always having to answer the telephone. Always drinking heavily, never having any reason for calling. One week-end Miss

Gibbs was hospitalized. On Monday morning she had Jody to work. But she wanted me to come in and open up, because Jody had never opened and was not familiar with the procedure. On that Monday morning around 6:30 Miss Gibbs called from her hospital room and told Jody that she was in the hospital, but if anyone from the office called that Jody, Cindy Garrett or myself was to tell them that she's not here. She called again and left a message with me that Jason Crosby, an employee with the store, would be over to get her two packs of Winston Cigarettes and a lighter. There was no money offered to pay for these. On that afternoon she was released from the hospital. I'm not sure if Miss Gibbs called the office or if the office called her. But the lady was told by Miss Gibbs that she had been in the hospital. The lady said why didn't you let us know. In response Miss Gibbs said, "My girls didn't let you know? I should write them up for that". On the following morning two more packs of cigarettes were ordered. That night Jody was working. Jason came in per orders of Miss Gibbs. She wanted aluminum foil, batteries. Jody asked Jason about money to pay for it. Jason replied, "I guess charge it". After he left, I told Jody that she had better write down what she got and the cost. She did.

    And that's another thing I Question. Jason's termination. Miss Gibbs called the store that night intoxicated, and told Jason that the office said to fire him. He stormed out of the store. Miss Gibbs told me that Mr. Parker told Jason, "you do not get your pussy where you get your pay check". But, when I asked Jason about it, He told me that Miss Gibbs told him that that was what Mr. Parker said. Miss Gibbs called the store again wanting to justify what she had done. The constant phone calls was just out of hand. Her vulgar language even had some of the customers where they would not even stop at the store because of it. For example one morning a customer had come in and bought coffee. He heard her vulgar talk and confronted her about it. When he left, her reply was "what's his God damn problem. She came to work one Monday morning smelling of alcohol so bad that you could not even be around her. It was so strong. Tuesday morning she smelt the same way. Wednesday morning she smelt the same way. She started in on Jody with accusations about her husband, Denny. She called the store that Tuesday or Wednesday while Jody was working, repeatedly accusing her of Denny, Miss Gibbs husband. Jody was so upset that she had to go to the back room. The calls kept coming. Jody finally just walked out of the store. She quit. In the event that something like that happened, the manager was supposed to come. She did not come. I had to work the 2nd shift, too. Cindy Garrett came in and helped me close the store, because I had never closed before.

I've not worked in a store before, but I knew something was not like it should be here. I brought this to Mr. Parkers attention. Myself, Jody, and Rhonda Sheppherd talked with him. I have found Mr. Parker to be nothing but a gentleman with me and everybody else.

I swear that everything in this letter is true and was voluntarily written by me.

Dora Harmon

*Dora Harmon*

sworn before me this 7th day of January, 2005

Rhonda Shepard

my comission expire 07-08-06