

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South, Suite 2000
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

April 6, 2005

Todd Parker
Human Resources
P & C Grocers, Inc.
136 East Reynolds
Ozark, Alabama 36360

RE: Cecelia Gibbs v. P & C Grocers
    Charge Number: 130-2005-01058

Dear Mr. Parker:

As of today, we have not received your response to this charge of discrimination (charge). Please submit your response. Additional information is needed in order to complete this investigation. By, April 20, 2005, please submit your answers to the questions listed below. If you have any questions or concerns, please write me at the address listed above or call me at (205) 212-2128.

1) Does your organization maintain sexual and religious harassment polices, if yes, submit a copies of said polices.

2) Did Cecila Gibbs complain about being subjected to sexual and religious harassment by Charles Parker, Owner (Mr. Parker) if yes, state the date of the complaint and state the individual Ms. Myers complained to.

3) Was an investigation of Ms. Gibbs' complaint conducted?

4) If an investigation was conducted, submit a copy of the conclusion of the investigation.

5) If no investigation was conducted, please explain.

6) State when Ms. Gibbs was terminated and also explain why she was terminated?

7) Did you receive other complaints of sexual and religious harassment against Mr. Parker. If yes, were these complaints investigations.



EXHIBIT D

**P & C Grocers, Inc.**
P O Box 848
Ozark, AL 36361
(334)445-9120
(334)445-9039 Fax





**P & C Grocers**

April 18, 2005

Mr. Kevan Jackson
U.S. Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South
Birmingham, AL 35204

RE: Cecelia Gibbs v. P & C Grocery, Inc.
    Charge Number 130-2005-01058

Dear Mr. Jackson:

Please find below the information you requested in your letter dated April 6th, 2005:

1) We do maintain a written policy with regards to sexual and religious harassment. Please see attached.
2) Ms. Gibbs never complained of any harassment during her employment with P & C Grocers, Inc.
3) Yes, an investigation was conducted.
4) There is no written conclusion. Management interviewed co-employees of Ms. Gibbs and Mr. Parker. Written responses from each has already been sent
5) N/A
6) Refer to attached letter dated January 28, 2005
7) No complaints of sexual or religious harassment have ever been made against Mr. Parker
8) N/A
9) N/A
10) Ms. Wanda Short was hired to replace Ms. Gibbs. Ms. Wanda Short is a female.

Sincerely,


Todd Parker
Comptroller

**P & C Grocers, Inc.**
136 E. Reynolds
Ozark, AL 36360
(334)445-4300
(334)445-4317 Fax



# P & C Grocers

January 28, 2005

Thomas McPherson, Jr.
Employment Dispute Resolution Services
639 Martha Street
Cottage Hill Historic District
Montgomery, AL 36104

RE: EEOC Charge #130-2005-01058

Dear Mr. McPherson:

I have received your information regarding the mediation of the above-referenced case and look forward to the hearing scheduled for Thursday, February 3, 2005 at 10:00 at your office. The following is a brief summary of the information you requested.

Let me begin by describing the reasons for Ms. Gibbs termination. I and my partners purchased the store that Ms. Gibbs was managing in January 2004. From the very beginning, I have had numerous issues with Ms. Gibbs. It was well known that Ms. Gibbs has/had an alcohol dependency problem. We have received complaints from customers of Ms. Gibbs drinking on the job as well as complaints from co-workers. Her drinking off the job affected her job performance as well; causing numerous problems with co-workers as well as her overall disposition with regards to her overall performance.

These problems were compounded by Ms. Gibbs constantly calling from her home, while intoxicated, to discuss her various problems. Ms. Gibbs would call me at home as well employees at their homes. These same employees complained that she would call the store after hours intoxicated and requesting them to take money from the cash drawer at the store and go purchase alcohol for her. Ms. Gibbs was frequently counseled with regards to her problems. She was repeatedly warned that her problem was affecting her job and was on numerous occasions requested to seek assistance in dealing with her drinking problem. I offered to help find her assistance. It should be noted that she openly admitted to this problem, and she was not offended by our requests because she continually called to discuss these problems of her own free will. All of these issues effectively made it impossible for us to continue allowing her to disrupt our business.

I have several statement written by co-workers and employees attesting to the information listed above. These statements further state that Ms. Gibbs was never touched or spoken to in an improper manner in their presence. I categorically deny those allegations and further state that is further proof of her instability.

No settlement, backpay or compensatory damages are offered because non are entitled. Ms. Gibbs was terminated due to her drinking problems and her job performance. She was not discriminated nor was she in any way subject to harassment. This company and myself counseled and tried to assist Ms. Gibbs with regards to her problems. She openly discussed these problems.

The statements from her co-workers and customers clearly describe the problems incurred by our company with Ms. Gibbs employment. Ms. Gibbs own willingness to discuss her problems openly with her continuous calls to me as well as her co-workers clearly show that she was not subjected to a harassing work environment as she stated. The statements from her co-workers also validate that at no time did I ever make derogatory sexual statements or improper remarks. I feel that it is clear that Ms. Gibbs is simply a disgruntled former employee with numerous personal issues that have nothing to do with me or how she was treated or her subsequent termination.

Sincerely,

*[signature]*

Charles Parker

To: Attorneys, + Justice System:

As an employee of P+C Groc. ~~I give this statement on behalf~~ of Charlie Parker, owner of company. I testify that Mr. Parker has been a very nice, generous, concern boss not only to employees, managers, + supervisers. I have been here, in Newton AL., for 8 yrs. and with every company that has been over the stores every owner has stressed concern over C.C.'s drinking! She was a manager in Geneva. When every company has taken over, Emerald Express, Aco, Jesco, + P.C Groc. C.C. has called even me on the phone drunk. I have had Ed Wyley w/ Emerald Express ask me about her, questioning her ability + character. I can honestly say that Mr. Parker has been a gentleman, and has a big heart, with everyones concerns first.

Virginia Eaton
#112 Newton Ac
488 Chrisney Ln.

To Whom it may Concern,

My Name is Evelyn J. Husbands and I have sold Avon to Mrs. Cecelia Gibbs Anthony for many years at her place of employment, a convenience store on highway 52 in Geneva, Alabama. She has taken money out of the store's regisiter on two occassions in front of me in order to pay for her Avon purchase. I do not know if this money was replaced. On one occassion I entered the store and Mrs. Gibbs Anthony was pouring a brown liquid from what appeared to be a pint whisky bottle that she quickly put under the counter and acted strangely after seeing me walking to the drink cooler.

I have made this statement of my own accord and have not been pressured by anyone to do so.

*Evelyn J. Husbands*   1-6-2005

ID.   AL DL N 3390887

(Notary Endorsement)

WITNESS:

*Jacquline C. Wilson*   1/06/2005
JACQUELINE C. WILSON
NOTARY PUBLIC
STATE OF ALABAMA
COUNTY OF GENEVA

My commission expires
April 7, 2008

1-12-05

I have worked with Charlie Parker for over a year as a supervisor he has never pushed religion on anyone nor has he ever made sexual advances to any of the other employees. I work real close to all the managers and I have a good rapor with them if Charlie was doing something they would tell me. Charlie is a real Genuine person and is Loved by all.

I have known Cecelia Gibbs for several years on a manager/supervisor level. I know first hand that Cecelia has a drinking problem. I have gotten many of phone calls from her after she would be drunk and you could tell by her slurred speach, and when you went to her store she wouldn't drink nothing but water and her hands always were shaking. She was always scared about losing her job everybody was always out to get her is what she would say to me. You could ask any of the old managers that have been in the stores about Cecelia Gibbs and they all would tell you the same thing.

Thank you
Cindy Woolum
850-526-1578   work
850-762-8006   home
334-685-2607   cell

(Victoria)

When I was training with Cindy one night at the Liberty 114 store the manager C.C. called the store drunk and asked Cindy to get $40.00 out of the pittycoat and go to the store to buy her some more to drink. She told Cindy she would give her the money back when she brought her the beer (alcohol). When Cindy returned to the store she had $40.00 in change and some of it was gold dollars and some other coins that she (C.C.) said she would buy back the next day. She also told Cindy that she was going to kill herself just so Cindy would ride out there and check on her.

Victoria Johnson