**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

April 19, 2006

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Cecilia Gibbs v. P & C Grocers, Inc., et al.**

**Case Number:**       **#1:05-cv-0912-MHT**

**Referenced Document:** **Document #14**
                       **Brief in Support of Motion for Summary Judgment**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf had pages 2 and 3 in the wrong order. The corrected pdf is attached to this notice.**