IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | *   CASE NO. 1:05-CV-912-MHT |
| | * |
| P & C GROCERS, INC., and | * |
| CHARLES PARKER, individually and as | * |
| an agent for P & C Grocers, Inc., | * |
| | * |
| DEFENDANTS. | * |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*COMES NOW*, the Plaintiff by and through her undersigned attorney and submits this, her response to the Defendants' Motion for Summary Judgment, and in support of her oppositions submits the follows:

1. All pleadings and discovery exchanged in this matter;
2. The Deposition fo Plaintiff, Cecelia Gibbs, attached hereto as "Exhibit A";
3. The Deposition of Defendant, Charles Parker, attached hereto as "Exhibit B";
4. The Affidavit of April Crosby, attached hereto as "Exhibit C";
5. The Affidavit of Jason Crosby, attached hereto as "Exhibit D";
4. The Affidavit of Max Motley, attached hereto as "Exhibit E"; and
5. The Plaintiff's Brief in Opposition of the Grant of Defendants' Motion for Summary Judgment.

*WHEREFORE*, the Plaintiff requests that, upon consideration of the Defendants' Motion with attachments and the Plaintiff's Response with attachments, this Honorable Court will issue an Order denying the Defendants' Motion for Summary Judgment.

Respectfully submitted this the __12__ day of May, 2006.

_____
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the ___12___ day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. Michael S. Jackson

_____
Charles W. Blakeney