## AFFIDAVIT

**STATE OF ALABAMA,**
**COUNTY OF GENEVA.**

    Before me, the undersigned authority, a Notary Public in and for the said State and County, personally appeared April Crosby, and who after being first by me duly sworn, deposes and says as follows:

    My name is April Crosby, and my address is 1772 East Johnson Avenue, Apt. D, Pensacola, Florida 32514. My telephone number is 850-474-6214. In March 2004, I was visiting my friend Cecelia Gibbs while she was working at a convenience store located on Highway 52 in Geneva, Alabama. I previously worked at this store, and I am aware that the store was owned by P. & C. Grocers, Inc. On this occasion, Charles Parker, the owner of the store, came into the store and placed his hands on Ms. Gibbs' shoulders rubbing her. This was in a sexually suggestive way. I overheard Ms. Gibbs tell Mr. Parker, "Please, don't do that," and she walked away from him. Mr. Parker also began rubbing my shoulders, but I walked away. I had not met Mr. Parker prior to this occasion because I worked the afternoon-night shift, and he visited the store during the day.

    Further affiant sayeth not.

*April Crosby*
April Crosby

Sworn to and subscribed before me this the __26__ day of __August__, 2004.

*Amanda L. Mock*
Notary Public
My Commission Expires: __9/5/2004__

PLAINTIFF'S
EXHIBIT
C
Blumberg No. 5113