# AFFIDAVIT

**STATE OF ALABAMA,**
**COUNTY OF GENEVA.**

Before me, the undersigned authority, a Notary Public in and for the said State and County, personally appeared Jason Crosby, and who after being first by me duly sworn, deposes and says as follows:

My name is Jason Crosby, and my address is 1772 East Johnson Avenue, Apt. D, Pensacola, Florida 32514. My telephone number is 850-474-6214. In January 2004, I worked at a convenience store located on Highway 52 in Geneva, Alabama and owned by P. & C. Grocers, Inc. Charles Parker, the owner of the store, began coming to the Geneva store twice per week in January, 2004. During those occasions, I observed Mr. Parker place his hands on two ladies working in the store, Cecilia Gibbs and Dora Harmon. I observed Mr. Parker rubbing the ladies, and particularly with Ms. Gibbs, in a sexually suggestive manner. Ms. Gibbs, by her actions during the visits, and by her words to me after the visits indicated that she did not like Mr. Parker touching her. I cannot recall if Ms. Gibbs told or did not tell Mr. Parker that she was not comfortable with his placing his hands on her. I was fired by Mr. Parker at the end of January/first of February 2004, because Mr. Parker unhappy with my dating a co-employee.

Further affiant sayeth not.

_____
Jason Crosby

Sworn to and subscribed before me this the 20 day of August, 2004.

_____
Notary Public
My Commission Expires: 9/6/2004



PLAINTIFF'S
EXHIBIT
D