## AFFIDAVIT

STATE OF ALABAMA,
COUNTY OF GENEVA.

Before me, the undersigned authority, a Notary Public in and for the said State and County, personally appeared Max Moltey, and who after being first by me duly sworn, deposes and says as follows:

My name is Max Motley, and my address is 208 S. Greenwood, Geneva, Alabama, 36340. My telephone number is 334-684-6415. I am the Geneva County Coroner with 15 years of active police service in the Geneva County area. For approximately 120 days prior to the firing of Ms. Gibbs, I would go into the convenience store located on Highway 52 in Geneva, Alabama each morning for coffee. Occasionally, I would go into the store at other times of the day for other purchases. During my visits to this store I never saw any physical evidence of alcohol or drug impairment with Ms. Gibbs. On maybe one or two occasions I did smell the odor of "old alcohol." By this I mean the odor of a person who consumed alcohol the night before as opposed to the odor of freshly consumed alcohol. The odor smelled on these one or two occasions was not powerful and may have not been noticeable to someone not trained in law enforcement. On those one or two occasions, I particularly observed to see if there was any impairment about Ms. Gibbs' look or her behavior. There was no impairment. I never saw any evidence of alcohol at the store.

Further affiant sayeth not.

_Max Motley_
Max Motley

Sworn to and subscribed before me this the _4_ day of _February_, 2005.

_Debra G. Thornton_
Notary Public
My Commission Expires: _08/30/2006_


PLAINTIFF'S EXHIBIT E