**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CECELIA GIBBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:05-cv-912-MHT** |
| ) | |
| **P & C GROCERS, INC., AND** ) | |
| **CHARLES PARKER, INDIVIDUALLY** ) | |
| **AND AS AN AGENT FOR** ) | |
| **P & C GROCERS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## **MOTION TO CONTINUE**

NOW COME Defendants P & C Grocers, Inc. and Charles Parker and move the Court to continue the trial date in this case from January 8, 2007 to the next term of Court and, in support of said motion, show unto the Court as follows:

1. The Court entered an Order dated October 4, 2006 setting this case for trial January 8, 2007.

2. Counsel for Defendants P&C Grocers, Inc. and Charles Parker has a family vacation planned beginning December 30 and ending January 7. Counsel is not scheduled to return to the state until the night of January 7.

3. The week prior to this is the week following Christmas when people are visiting relatives. Therefore, Defendants will not have an opportunity to prepare for the trial.

4. With a January 8, 2007 trial date, jury charges, motions *in limine*, and proposed voir dire questions will have to be prepared, and are due to be filed the two weeks prior to January 8, falling during Christmas vacation, when counsel will be on vacation.

5.       The case has just been set for trial and this motion is being filed upon first notice of same.

6.       The Plaintiff will not be prejudiced by the Court resetting the trial date to the next term of Court.  In fact, counsel for Defendants has contacted counsel for Plaintiff regarding this motion and counsel for Plaintiff does not object to the case being reset to the next term of Court.

**WHEREFORE, PREMISES CONSIDERED**, Defendants P&C Grocers, Inc. and Charles Parker move the Court to reschedule the trial of this case to the next term following January 8, 2007.

**RESPECTFULLY SUBMITTED,** this the 10th day of October, 2006.

 /s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants P&C Grocers, Inc.
and Charles Parker

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
   PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of October, 2006, I electronically filed the foregoing MOTION TO CONTINUE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                        /s/ Micheal S. Jackson
                        **OF COUNSEL**