IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CECELIA GIBBS,                  )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         1:05cv912-MHT
                                )
P&C GROCERS, INC., and          )
CHARLES PARKER,                 )
individually and as an          )
agent for P&C Grocers,          )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that defendants' motion to continue (doc. no. 19) is denied. The January 8 trial date was set in the uniform scheduling order entered on January 25, 2006. Thus, defense counsel have known about the January 8 trial date for over nine months. The request for continuance comes much too late.

DONE, this the 12th day of October, 2006.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE