IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-912-T |
| ) | |
| P & C GROCERS, INC., AND ) | |
| CHARLES PARKER, INDIVIDUALLY ) | |
| AND AS AN AGENT FOR ) | |
| P & C GROCERS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EXHIBIT LIST**

Pursuant to Fed. R. Civ. P. 26(a)(3) and Section 12 of the Uniform Scheduling Order, Defendants, P & C Grocers, Inc. and Charles Parker, submit their list of exhibits to be used at trial as follows:

1. Written statement from Virginia Tatum.

2. Written statement from Evelyn Husbands.

3. Written statement from Cindy Garrett.

4. Written statement from Cindy Woolever

5. Written statement from Dora Harmon.

6. Written statement from Victoria Johnson.

7. P & C Grocers, Inc. Employee Handbook.

8. EEOC Dismissal and Notice of Rights.

9. Acknowledgment of reading the Employee Handbook signed by Plaintiff.

Defendants reserve the right to supplement this list.

**DONE** this the 29th day of November, 2006.

                                                    s/ Micheal S. Jackson
                                                   **MICHEAL S. JACKSON [JACKM8173]**
                                                   Attorney for Defendants Charles Parker and
                                                   P&C Grocers, Inc.

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
   PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of November, 2006, I electronically filed DEFENDANTS' EXHIBIT LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                              /s/ Micheal S. Jackson
                                              **OF COUNSEL**