IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-912-T |
| ) | |
| P & C GROCERS, INC., AND ) | |
| CHARLES PARKER, INDIVIDUALLY ) | |
| AND AS AN AGENT FOR ) | |
| P & C GROCERS, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' WITNESS LIST

Pursuant to FED. R. CIV. P. 26(a)(3) and Section 10 of the Uniform Scheduling Order, Defendants, P & C Grocers, Inc. and Charles Parker, submit their list of witnesses to be called at trial as follows:

1. Charles Parker
   17107 Meriwether Trail
   Grady, Alabama

2. Cecelia Gibbs, Plaintiff

3. Todd Parker
   17107 Meriwether Trail
   Grady, Alabama

4. Virginia Tatum
   488 Chrisney Lane
   Dothan, Alabama

5. Evelyn Husbands
   Address unknown

6. Cindy Garrett
   Address Unknown

7. Cindy Woolever
Address Unknown

8. Dora Harmon
Address Unknown

9. Victoria Johnson
P.O. Box 303
Geneva, Alabama

10. Ken Howard
Address Unknown

11. Wanda Short
Address Unknown

12. Trotman Carroll
Address Unknown

13. Russ Woolever
Address Unknown

14. Brian Lebo
Address Unknown

15. Sandra Shreve
Address Unknown

16. Jeannie Vasquez
Address Unknown

17. Elaine Parker
Address Unknown

Defendants reserve the right to supplement this list if someone is discovered subsequently.

**DONE** this the 29th day of November, 2006.

s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants Charles Parker and
P&C Grocers, Inc.

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
　PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on the 29th day of November, 2006, I electronically filed DEFENDANTS' WITNESS LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

　Charles W. Blakeney, Esq.
　P. O. Box 100
　Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

　　　　　　　　　　　　　　　　　　　/s/ Micheal S. Jackson
　　　　　　　　　　　　　　　　　　　**OF COUNSEL**