IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** | * |
| | * |
|    **PLAINTIFF,** | * |
| | * |
| VS. | *   **CASE NO. 1:05-CV-912-MHT** |
| | * |
| **P & C GROCERS, INC.,** and | * |
| **CHARLES PARKER,** individually and as | * |
| an agent for P & C Grocers, Inc., | * |
| | * |
|    **DEFENDANTS.** | * |

## PLAINTIFF'S WITNESS LIST

*COMES NOW* the Plaintiff, Cecelia Gibbs, by and through her undersigned attorney, and presents this, her Witness List pursuant to the Order of Judge Myron H. Thompson, United States District Judge:

1. Cecelia Gibbs
   10740 Zigler Avenue
   Hartford, Alabama 36344

2. Sam Carroll, III
   Ozark, Alabama

3. April Crosby
   1772 East Johnson Avenue, Apt. D
   Pensacola, Florida 32514

4. Jason Crosby
   1772 East Johnson Avenue, Apt. D
   Pensacola, Florida 32514

5. Max Motley
   208 South Greenwood
   Geneva, Alabama 36340

6. Richard Edward Wanders
   County Road 21, Box 2011
   Geneva, Alabama 36340

7. Cindy Woolover
   Twin Ponds Road
   Marianna, Florida 32448

8. Jerry Seay
   148 McGowan
   Geneva, Alabama 36340

9. Clifford Kimble
   Hartford, Alabama

10. Christina Holder
    Hartford, Alabama

11. Ethel Yates
    Bonifay, Florida

12. Rod Perez
    Hartford, Alabama

13. Christina Johnson
    Address Unknown

Plaintiff reserves the right to call any additional witnesses necessary for rebuttal.

Plaintiff reserves the right to supplement this list if someone is discovered subsequently.

Respectfully submitted this 29th day of November, 2006.

                                                s/Charles W. Blakeney
                                                Charles W. Blakeney, BLA068
                                                Attorney for Plaintiff
                                                Post Office Box 100
                                                Geneva, Alabama 36340
                                                334-684-2387

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Michael S. Jackson, JACKM8173
BEERS, ANDERSON, JACKSON
   PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102

                                                s/ Charles W. Blakeney
                                                Charles W. Blakeney