IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | *   CASE NO. 1:05-CV-912-MHT |
| | * |
| **P & C GROCERS, INC.,** and | * |
| **CHARLES PARKER,** individually and as | * |
| an agent for P & C Grocers, Inc., | * |
| | * |
| DEFENDANTS. | * |

## PLAINTIFF'S EXHIBIT LIST

*COMES NOW* the Plaintiff, Cecelia Gibbs, by and through her undersigned attorney, and presents this, her Exhibit List pursuant to the Order of Judge Myron H. Thompson, United States District Judge:

1. Notice of Right to Sue from EEOC dated June 28, 2005.

2. Written Statement of April Crosby.

3. Written Statement of Jason Crosby.

4. Written Statement of Max Motley.

5. Written Statement of Richard Edward Wanders.

Plaintiff reserves the right to supplement this list.

Respectfully submitted this 29th day of November, 2006.

                                                                                    **s/Charles W. Blakeney**
                                                                                    Charles W. Blakeney, BLA068
                                                                                    Attorney for Plaintiff
                                                                                    Post Office Box 100
                                                                                    Geneva, Alabama 36340
                                                                                    334-684-2387

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Michael S. Jackson, JACKM8173  
BEERS, ANDERSON, JACKSON  
   PATTY & VAN HEEST, P.C.  
Post Office Box 1988  
Montgomery, Alabama 36102

                                                **s/ Charles W. Blakeney**  
                                                Charles W. Blakeney