IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-912-T |
| ) | |
| P & C GROCERS, INC., AND ) | |
| CHARLES PARKER, INDIVIDUALLY ) | |
| AND AS AN AGENT FOR ) | |
| P & C GROCERS, INC., ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' AMENDED WITNESS LIST**

Pursuant to FED. R. CIV. P. 26(a)(3) and Section 10 of the Uniform Scheduling Order, Defendants, P & C Grocers, Inc. and Charles Parker, submit their amended list of witnesses to be called at trial as follows:

1. Jodi Priddy
   211 W. Robin Avenue
   Geneva, Alabama

2. Rhonda Shepherd
   Address Unknown

These witnesses were identified in the written statement of Dora Harmon, which was previously provided to Plaintiff, and were inadvertently omitted from the Witness List.

**DONE** this the 20th day of December, 2006.

s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants Charles Parker and
P&C Grocers, Inc.

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
   PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2006, I electronically filed DEFENDANTS' AMENDED WITNESS LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s/ Micheal S. Jackson
**OF COUNSEL**