IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| VS. | *   CASE NO. 1:05-CV-912-MHT |
| | * |
| P & C GROCERS, INC., and | * |
| CHARLES PARKER, individually and as | * |
| an agent for P & C Grocers, Inc., | * |
| | * |
|     DEFENDANTS. | * |

**PLAINTIFF'S PROPOSED JURY VOIR DIRE**

**I.**    **Legal Qualifications to Serve**

    1.  Are you related to the lawyers for the defendant, P & C Grocers, Inc. or Charles Parker or to anyone employed at P & C Grocers, Inc.?

    2.  Have you or any of your relatives ever been employed by the defendant, P & C Grocers, Inc.?

**II.**    **General Inquiry**

    3.  Have you personally met the lawyers for the defendant or anyone else you believe may be associated with their office or agency? That is the firm of BEERS, ANDERSON, JACKSON, PATTY, VAN HEEST & FAWAL, P.C. in Montgomery, Alabama, or attorneys in that office–Michael B. Beers, James H. Anderson, Michael S. Jackson-the Attorney for the Defendants, William F. Patty, Judy B. Van Heest, A. David Fawal, Constance T. Beckalew, Angela Taylor Baker, William R. Gordon, Jr., Tanya E. Dugas, or Ryan Wesley Shaw.

    4.  Can you recognize with an open mind the rights of employees to challenge their employer's actions here in Court?

    5.  Have any of you ever been an employee of P & C Grocers, Inc.?

6. Have any of your family (husband, wife, brother, sister, children, mother or father) ever worked for the defendants?

7. Have any of you ever worked in the Personnel/Human Resources Department of any company?

8. Have any of you ever had a position with a company which gave you the authority to hire, terminate, discipline, lay-off, promote, demote, or make other personnel decisions?

9. Have any of you ever owned your own business?

10. Have any of you ever run a business for someone else?

11. Have any of you ever been laid off from a job?

12. Have any of you ever been turned down for a promotion or transfer from a job?

13. Have any of you ever held a position in management for any company?

14. Have you or any of your close friends or family ever responded to a Charge of Discrimination or provided an agency with information in connection with a Charge?

15. Have you or any of your close friends or family ever been a victim of discrimination on account of sex?

16. Have you or any of your close friends or family ever been a victim of discrimination on account of religion?

17. Is there anyone here who does not believe that our government has an obligation to see that employees are not discriminated against because of their sex or their religion?

18. Does anyone think that managers should have the right to fire whomever they please for whatever reasons?

19. Does anyone believe that sexual harassment claims are untrue or blown out of proportion?

19. Does anyone believe that religious discrimination claims are untrue or blown out of proportion?

20. Does anyone have any feelings that if a person gets fired, that is management's prerogative?

21. Have any of you ever been in a situation where you felt like you were being forced out of a job?

22. Does everyone know that it is against the law for an employer to allow discrimination on the basis of sex or religion in the work place?

22. Does anyone think that the lawmakers have gone too far in making laws to regulate how people are treated at work (or in school) based on their sex and/or their religion?

23. Would any one of you be unable to fairly judge a case of discrimination in employment for any reason?

24. Do any of you believe that females cannot be discriminated against in favor of males?

25. Does anyone think it is not appropriate or right to sue their employer for discrimination?

26. Does anyone think that persons in a management position of a company might not or would not lie about events to protect themselves or their employer?

27. Have any of you ever felt that you were discriminated against on your job?

28. Does anyone here have feelings or thoughts against giving people financial compensation for injuries that they suffered?

29. Does anyone here have feelings or thoughts against giving people financial compensation for emotional and psychological trauma they have suffered?

30. Does anyone think that their feelings would make it hard for them to award damages for this kind of injury?

31. Is there anyone here who for any reason does not feel that he or she can sit and decide this case without prejudice to one side or the other?

32. Is there anyone here who, if the evidence so warrants, will have difficulty awarding money damages against the defendants?

33. Is there anyone who for religious, philosophical or other reasons does not believe he or she can render a verdict in this case?

Respectfully submitted this the 20th day of December, 2006.

 s/ Charles W. Blakeney
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Michael S. Jackson, JACKM8173
BEERS, ANDERSON, JACKSON
   PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102

 s/ Charles W. Blakeney
Charles W. Blakeney