IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** | * |
| | * |
|     **PLAINTIFF,** | * |
| | * |
| **VS.** | *   CASE NO. 1:05-CV-912-MHT |
| | * |
| **P & C GROCERS, INC., and** | * |
| **CHARLES PARKER, individually and as** | * |
| **an agent for P & C Grocers, Inc.,** | * |
| | * |
|     **DEFENDANTS.** | * |

## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

*COMES NOW*, the Plaintiff, Cecelia Gibbs, and objects to the Defendant's Exhibit List as follows:

1.    Defendant's Exhibits 1 thru 6 (written statements of Virginia Tatum, Evelyn Husbands, Cindy Garrett, Cindy Woolever, Dora Harmon and Victoria Johnson)

The Plaintiff objects to any reference to or the introduction of said statements as the same are hearsay and are inadmissible pursuant to Fed. R. Evid. 802.

Respectfully submitted this the 20th day of December, 2006.

                                                      s/ Charles W. Blakeney
                                                      Charles W. Blakeney, BLA068
                                                      Attorney for Plaintiff
                                                      Post Office Box 100
                                                      Geneva, Alabama 36340
                                                      334-684-2387

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 20th day of December, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Michael S. Jackson, JACKM8173
BEERS, ANDERSON, JACKSON
   PATTY & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama 36102

                                          **s/ Charles W. Blakeney**
                                          Charles W. Blakeney