IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-cv-912-MHT |
| ) | |
| **P & C GROCERS, INC., AND** ) | |
| **CHARLES PARKER, INDIVIDUALLY** ) | |
| **AND AS AN AGENT FOR** ) | |
| **P & C GROCERS, INC.,** ) | |
| ) | |
|    **Defendants.** ) | |

### DEFENDANTS P & C GROCERS, INC., AND CHARLES PARKER'S PROPOSED VOIR DIRE

NOW COME P&C Grocers, Inc., and Charles Parker, by and through counsel in the above-styled cause and propose the following voir dire questions.

1. Most of the people on the list I am about to read live and/or work in the area of Geneva, Alabama. Do any of you, or anyone in your families, know in any way the following people? If so, please explain how you know that person.

    a) Cecelia Gibbs
    b) April Crosby
    c) Jason Crosby
    d) Max Motley
    e) Richard Edward Wanders
    f) Charles Parker
    g) Todd Parker
    h) Virginia "Jenny" Tatum
    i) Evelyn Husbands
    j) Cindy Garrett
    k) Cindy Woolever
    l) Dora Harmon
    m) Victoria Johnson
    n) Ken Howard

       o)     Wanda Short
       p)     Trotman Carroll
       q)     Russ Woolever
       r)     Brian Lebo
       s)     Sandra Shreve
       t)     Jeannie Vasquez
       u)     Elaine Parker
       v)     Nichole Parker

2. Have any of you, or anyone in your family, ever been employed by P&C Grocers?

3. Have any of you, or anyone in your family ever been represented by attorney Charles Blakeney?

4. Have any of you, or anyone in your family ever worked for a lawyer or a law firm? If so, please stand and state the name of the lawyer or law firm.

5. Have any of you, or anyone in your family ever owned your own business? If so, please state who and the type of business that was owned?

6. Have any of you ever been fired from a job?

7. Have any of you, or anyone in your family ever been treated for alcohol or drug abuse?

8. Have any of you, or anyone in your family ever been terminated from a job because of alcohol or drug abuse?

9. Have any of you, or anyone in your family ever been employed in a supervisory position? If so, please describe your position and state whether you have ever had to terminate an employee? Please provide details about each situation in which you have had to terminate an employee.

10. Have any of you, or anyone in your family ever had to fire an employee for abusing drugs or alcohol?

11. Does anyone on the jury venire feel that they have been subject to religious discrimination with regard to employment, housing, civil rights, or benefits due to race, sex, national origin or been subject to reverse discrimination based on the same thing? If so, please provide details about each occasion you feel you were the subject of discrimination.

12. Does anyone on the jury venire feel that they have been victims of sexual harassment? If so, please provide details about each occasion you feel you were the subject of sexual harassment and whether you feel your employer resolved the issue to your satisfaction?

13. Have any of you, or anyone in your family ever been accused of sexual harassment?

14. Have any of you, or anyone in your family ever been accused of discrimination?

15. Have any of you worked for a company that had a sexual harassment policy? If so, was it a written policy and was it followed?

16. Do you know of anyone who has ever been fired from a job because of sexual harassment?

17. Have any of you ever worked for a company that had a policy against religious discrimination? If so, was it a written policy and was it followed?

18. Do you know of anyone who has ever been fired from a job based on religious discrimination?

19. Have any of you, or anyone in your family ever had to file for unemployment benefits?

20. Have any of you, or anyone in your family ever had unemployment benefits denied? If so, please explain the circumstances.

21. Have any of you, or anyone in your family ever filed an EEOC Charge? If so, were you pleased with the resolution?

22. Have any of you, or anyone in your family ever had an EEOC Complaint filed against you? If so, were you pleased with the resolution?

23. Have any of you, or anyone in your family ever participated in an EEOC investigation? If so, what were the circumstances?

24. Has anyone on the jury venire within the last 12 months lost a job or been laid off from work?

25. Has anyone on the jury venire within the last 12 months been injured to the extent that the injury has affected your job or your daily way of life?

26. Has anyone on the jury venire within the last 12 months lost a loved one unexpectedly?

27. Does anyone on the jury venire feel that they have been passed over for a promotion or advancement at your place of employment?

28. Does anyone on the jury venire feel that you are overqualified for the job you are now doing and that your employer is not using your ability or talent to the fullest extent possible?

29. Is there anyone who serves or has served in a leadership role for any civic, social, religious, educational or business group -- like Rotary or a Mystic Organization or a church or a PTA or a Chamber of Commerce? If so, please identify the group and your position held with that group.

**RESPECTFULLY SUBMITTED,** this the 22nd day of December, 2006.

/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants Charles Parker and
P&C Grocers, Inc.

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
  PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2006, I electronically filed DEFENDANTS' PROPOSED VOIR DIRE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

/s/ Micheal S. Jackson
**OF COUNSEL**