IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CECELIA GIBBS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 1:05-cv-912-MHT** |
| | ) |
| **P & C GROCERS, INC., AND** | ) |
| **CHARLES PARKER, INDIVIDUALLY** | ) |
| **AND AS AN AGENT FOR** | ) |
| **P & C GROCERS, INC.,** | ) |
| | ) |
|    **Defendants.** | ) |

**DEFENDANTS P & C GROCERS, INC. AND CHARLES PARKER'S
OBJECTION TO PLAINTIFF'S EXHIBIT LIST**

COME NOW Defendants P&C Grocers, Inc. and Charles Parker, by and through their attorneys of record, and object to Plaintiff's Exhibit List as follows:

1.    Exhibit No. 2: on the basis that the document constitutes inadmissible hearsay.

2.    Exhibit No. 3: on the basis that the document constitutes inadmissible hearsay.

3.    Exhibit No. 4: on the basis that the document constitutes inadmissible hearsay.

4.    Exhibit No. 5: on the basis that the document constitutes inadmissible hearsay.

**RESPECTFULLY SUBMITTED,** this the 22nd day of December, 2006.

   /s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendants P&C Grocers, Inc.
and Charles Parker

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
   PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334) 834-5311
(334) 834-5362 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2006, I electronically filed the foregoing DEFENDANT P&C GROCERS, INC. AND CHARLES PARKER'S OBJECTION TO PLAINTIFF'S EXHIBIT LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Charles W. Blakeney, Esq.
   P. O. Box 100
   Geneva, AL 36340

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                            /s/ Micheal S. Jackson
                            **OF COUNSEL**