IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:05cv912-MHT |
| ) | |
| P&C GROCERS, INC., and ) | |
| CHARLES PARKER, ) | |
| individually and as an ) | |
| agent for P&C Grocers, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) Defendants' motion for summary judgment (Doc. No. 13) is granted as to plaintiff's claims against defendant Charles Parker, and defendant Parker is dismissed completely.  Title VII does not provide a cause of action against an employee in his individual capacity, and, because the employing company is a defendant, an action against him in his official capacity would be redundant. Scott v. Estes, 60 F.Supp.2d 1260 (M.D. Ala. 1999) (Thompson, J.); Smith v. Capitol City Club of Montgomery,

850 F.Supp. 976, 978 (M.D. Ala. 1994) (Thompson, J.); see also Busby v. City of Orlando, 931 F.2d 764, 772 (11th Cir. 1991).  Also it appears from the plaintiff's response to the summary-judgment motion and from her contentions in the pretrial order that she has abandoned her state-law claim of intentional infliction of emotional distress.

(2) Said motion is denied in all other respects because issues of material fact are presented.  This case will proceed to trial on these remaining issues.

DONE, this the 27th day of December, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**