IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CECELIA GIBBS,                    )
                                  )
    Plaintiff,                    )
                                  )
                                  )     CIVIL ACTION NO.
    v.                            )       1:05cv912-MHT
                                  )
P&C GROCERS, INC., and            )
CHARLES PARKER,                   )
individually and as an            )
agent for P&C Grocers,            )
                                  )
    Defendants.                   )
```

ORDER

It is ORDERED that the motion in limine (Doc. No. 32) is set for submission, without oral argument, on December 29, 2006, with all briefs due by said date.

DONE, this the 27th day of December, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE