```
1    A.   What do you mean, what my religion was?
2    Q.   What faith, what belief --
3    A.   I believe in God, but do I go to church,
4  no.
5    Q.   How would you describe your religion
6  when this complaint says on the basis of your
7  religion?  How would you describe what your
8  religion is?
9    A.   How would I describe?
10   Q.   Yes, ma'am.
11   A.   My religion?
12   Q.   Uh-huh.
13   A.   Or how would I describe Mr. Parker's
14 religion?
15   Q.   No.  Your religion.
16   A.   Like I said, I believe in God.
17   Q.   Okay.
18   A.   But that's all the further it goes.  I
19 mean, yes, I pray and stuff like that, but as far
20 as I go to church, no, I don't do that.  And I
21 really don't think it's anybody's business.
22   Q.   Did Mr. Parker ever tell you that unless
23 you stopped doing certain religious activities
```



DEFENDANT'S EXHIBIT B  PENGAD 800-631-6989

```
 1  that he was going to fire you?
 2       A.   Unless I started?
 3       Q.   Stopped.
 4       A.   Stopped?
 5       Q.   Yes.
 6       A.   Well, I didn't have any religious
 7  aspects for him to fire me for, to do or start.
 8       Q.   All right.  Would you characterize your
 9  religion -- when you say you believe in God,
10  would you characterize your religion as being
11  Christian as opposed to Moslem or Buddhist or
12  something like that?
13       A.   Yes.
14       Q.   Did you ever have any discussion with
15  Mr. Parker about your religious beliefs --
16       A.   No.
17       Q.   -- what you believed in?
18       A.   No.
19       Q.   Did you ever have any discussion with
20  Mr. Parker, even on the level that I just asked
21  that question, about how you would characterize
22  yourself, whether you would characterize yourself
23  as Christian or Moslem or Buddhist or something
```