```
 1    Q.   So you can't testify today that you ever
 2  talked to CC specifically about sexual harassment
 3  and discrimination, at least until a meeting in
 4  Florala?
 5    A.   I don't know when this Jason was
 6  terminated -- or when he left us, but I know I
 7  told CC when I -- when I learned that he, a
 8  married man working for us, she, a married lady
 9  working for us, were going together, I said, We
10  do not allow that kind of stuff in this company.
11    Q.   Okay.  Are you asserting or do you have
12  knowledge of any kind of activities relating to
13  those two individuals that occurred during
14  working hours?
15    A.   I know that one would come to the store.
16  I don't know that, I wasn't there.  CC told me
17  that whichever one was working, the other one
18  would come in the store visiting.  And I told her
19  the next thing we'll have is a jealous husband or
20  a jealous wife shoot somebody in the store.
21    Q.   I understand that.  But from your
22  knowledge, or from what you were told, was there
23  any kind of, I'll put it in terms of bad conduct,
```



DEFENDANT'S EXHIBIT C