IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CECELIA GIBBS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 2:05cv912-MHT |
| P & C GROCERS, INC., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Counsel for the plaintiff having orally informed the court that plaintiff does not object, it is ORDERED that the motion in limine (doc. no. 32) is granted.

DONE, this the 4th day of January, 2007.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE